No. 800. WORLD AIRWAYS, INC., ET AL. *v.* PAN AMERICAN WORLD AIRWAYS, INC., ET AL.;

No. 946. CIVIL AERONAUTICS BOARD *v.* PAN AMERICAN WORLD AIRWAYS, INC., ET AL.; and

No. 969. AMERICAN SOCIETY OF TRAVEL AGENTS, INC. *v.* PAN AMERICAN WORLD AIRWAYS, INC., ET AL. C. A. 2d Cir. Certiorari granted. Cases consolidated and two hours allotted for oral argument. MR. JUSTICE MARSHALL took no part in the consideration or decision of these petitions. *Raymond J. Rasenberger, Clayton L. Burwell, Leonard N. Bebchick, George Berkowitz* and *Stephen D. Potts* for petitioners in No. 800. *Solicitor General Griswold, Assistant Attorney General Turner, Joseph B. Goldman, O. D. Ozment, Warren L. Sharfman* and *Robert L. Toomey* for petitioner in No. 946. *Charles A. Hobbs* and *Glen A. Wilkinson* for petitioner in No. 969. *Edward R. Neaher, Carl S. Rowe* and *Gertrude S. Rosenthal* for respondents in all three cases. Reported below: 380 F. 2d 770.

No. 823. UNIFORMED SANITATION MEN ASSN., INC., ET AL. *v.* COMMISSIONER OF SANITATION OF THE CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari granted and case set for oral argument immediately following No. 673, *supra,* p. 918. *Leonard B. Boudin* and *Victor Rabinowitz* for petitioners. *J. Lee Rankin, Norman Redlich* and *John J. Loflin* for respondents.

No. 891. WIRTZ, SECRETARY OF LABOR *v.* HOTEL, MOTEL & CLUB EMPLOYEES UNION, LOCAL 6. C. A. 2d Cir. Certiorari granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Solicitor General Griswold, Assistant Attorney General Weisl, Louis F. Claiborne, Alan S. Rosenthal, Robert V. Zener, Charles Donahue* and *George T. Avery* for petitioner. *Sidney E. Cohn* for respondent.